JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 ANGELO SELF,

Case No. 5:21-cv-01879-JWH-SP

12            Plaintiff,

**JUDGMENT**

13       v.

14 CITY OF PALM SPRINGS,
PAOLA RAMOS,

15 JONATHAN CABRERA, and
DOES 1 through 10, inclusive,

16

            Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Scheduling Notice and Order [ECF No. 56] entered on or

2    about October 12, 2023, and in accordance with Rules 41(b) and 58 of the

3    Federal Rules of Civil Procedure,

4           It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

5           1.      This action, including all claims asserted herein, is **DISMISSED**.

6           2.      To the extent that any party requests any other form of relief, such

7    request is **DENIED**.

8           **IT IS SO ORDERED.**

9

10   Dated:___November 15, 2023___

11                                         John W. Holcomb
                                           UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28